**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KAELICIA SHECOLE BARNES                                                            PLAINTIFF

V.                                      5:14CV00299-JM-JTR

TYRA TYLER, Jail Administrator,
Dub Brassell Detention Center, et al.                                              DEFENDANTS

## ORDER

Plaintiff, Kaelicia Shecole Barnes, brought this action alleging that her constitutional rights had been violated. (Doc. No. 2). The Court, after review of her complaint, determined that it required additional information to complete the screening process. (Doc. No. 4). Accordingly, on September 10, 2014, it entered an Order directing Plaintiff to file an amended complaint within thirty days which more clearly explained her claims against all named defendants. (*Id*. at 4).Plaintiff was warned that failure to do so would result in the dismissal of her complaint, without prejudice, pursuant to Local Rule 5.5(c)(2). (*Id*. at 5).[1]

Now, in excess of thirty days have passed and Plaintiff has failed to respond to the Court's

---

[1] On September 18, 2014 that Order was returned as undeliverable to Plaintiff's current address. (Doc. No. 5). Other Court mail sent to that address was similarly returned. (Doc. No. 6). Local Rule of the Court 5.5(c)(2), states:

> It is the duty of any party not represented by counsel to promptly **notify the Clerk and the other parties to the proceedings of any change in his or her address**, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Loc. R. 5.5(c)(2). (Emphasis added).

Order. Accordingly, the Court finds that this action should be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS THEREFORE ORDERED THAT:

1. This case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 29th day of October, 2014.

_____
JAMES M. MOODY, Jr.
UNITED STATES DISTRICT JUDGE