**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KAELICIA SHECOLE BARNES                                                                    PLAINTIFF

V.                                            5:14CV00299-JM-JTR

TYRA TYLER, Jail Administrator,
Dub Brassell Detention Center, et al.                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice. The Court certifies that an *in forma* pauperis appeal would not be taken in good faith.

IT IS SO ORDERED THIS 29th day of October, 2014.

_____
JAMES M. MOODY, Jr.
UNITED STATES DISTRICT JUDGE